United States District Court
Southern District of Texas
ENTERED

AUG 28 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

KARL IKE

VS.

CREDIT FIRST NATIONAL ASSOCIATION

C.A. NO. B-98-081

## ORDER

On this day came on to be considered the initial pretrial conference for the above-entitled and number case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by ___February 19, 1999___.
If additional time is required, a motion requesting such extension must be filed no later than ___January 22, 1999___. Failure to file such motion shall preclude further discovery.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, in full compliance with the local rules, setting forth the following matters shall be filed no later than ___March 19, 1999___:

    (a) the nature of the case;
    (b) contentions of the parties;
    (c) stipulations;
    (d) specific issues of fact, as they are submitted to the jury;
    (e) issues of law, if any;
    (f) list of all pending motions;
    (g) approximate duration of trial; and
    (h) in non-jury cases, specific proposed findings of fact and conclusions of laws.

THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.

(4) A final pretrial and settlement conference is set for ___March 26, 1999 at 2:00 p.m.___.

(5) Trial on the merits is set for ___April 1999___, docket call.

DONE at Brownsville, Texas, on ___August 20, 1998___.

Fidencio G. Garza, Jr.
United States Magistrate