7

United States District Court
Southern District of Texas
ENTERED

AUG 2 8 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

AUG 2 0 1998

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| KARL IKE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. B-98-081 |
| | § | |
| CREDIT FIRST NATIONAL ASSOCIATION | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S MOTION
FOR A MORE DEFINITE STATEMENT**

On this 20th day of August, 1998, this Court heard Defendant Credit First National Association's Motion for a More Definite Statement under Rule 12(e) of the Federal Rules of Civil Procedure. After considering the pleadings and arguments of the parties, this Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that the Motion is GRANTED and that plaintiff Karl Ike shall have ten (10) days from the date of this notice to replead his action with greater particularity.

SIGNED this 20th day of August, 1998.

_____
Judge Fidencio G. Garza, Jr.