9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 17 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| KARL IKE | * | |
| | * | |
| VS. | * | CIVIL ACTION |
| | * | NO. B-98-081 |
| CREDIT FIRST NATIONAL ASSOCIATION | * | |
| | * | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before this Court is Defendant's Motion to Dismiss and Plaintiff's failure to respond to same. The Honorable Filemon B. Vela, U.S. District Judge, having jurisdiction over the above styled and numbered proceedings, has directed this Court to consider the matter and file a report and recommendation herein.

This cause of action arises out of a dispute over a store credit card billing. It is not clear what the nature of the dispute is, but the balance of the account in question was about $500.00, with numerous $35.00 late payment fees assessed between August 1997 and March of 1998. In May of 1998, Plaintiff initiated a legal action in small claims court alleging that Defendant had violated the Federal Fair Credit Reporting Act. Defendant filed its notice of removal invoking the federal question jurisdiction of this Court.

The case was set for Initial Pretrial Conference on August 20, 1998. At that conference, Plaintiff failed to appear. The Court granted Defendant's Motion for a more definite statement and ordered Plaintiff to replead his action with more

particularity. Plaintiff never filed an amended complaint. Over a month later, Defendant filed a Motion to Dismiss and no response was filed. Plaintiff's court correspondence was returned, and Plaintiff, pro se, sent a letter requesting that his claim not be dismissed and his cause of action be heard in a court of law.

Upon consideration of the above, it is this Court's recommendation that this cause of action be dismissed, without prejudice, for failure to prosecute.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United States Automobile Association,* 79 F.3d 1415 (5th Cir. 1996).

Done at Brownsville, Texas, this 15TH day of December, 1998.

_____
John Wm. Black
United States Magistrate Judge