

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| KARL IKE | § | |
|     Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. B-98-081 |
| | § | |
| CREDIT FIRST NATIONAL | § | |
| ASSOCIATION | § | |
|     Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION and GRANTING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of December 17, 1998 be adopted and that Defendant's Motion to Dismiss be GRANTED WITHOUT PREJUDICE.

DONE this ___18th___ day of February, 1999, in Brownsville, Texas.

Filemon B. Vela
United States District Judge